IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00987-CMA-KLM

PAMELA BRYDAHL,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference** [Docket No. 6; Filed June 19, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for June 29, 2009 at 9:00 a.m. is **vacated** and **RESET** to **August 12, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Due to a conflict on the Court's calendar, the 9:00 a.m. time slot is no longer available.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **August 7, 2009**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **August 7, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  June 22, 2009