IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00987-CMA-KLM

PAMELA BRYDAHL,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant(s).

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 11; Filed July 30, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as a order of the Court as of today's date.

Dated: July 30, 2009