IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00987-CMA-KLM

PAMELA BRYDAHL,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Case Plan and Schedule Dates and to Reschedule Settlement Conference Date** [Docket No. 17; Filed September 29, 2009] (the "Motion"). The Court construes the Motion as an unopposed request to stay the case for approximately two months due to Plaintiff's significant health problems.  Although Plaintiff proposes that the case deadlines be extended by eight weeks, I find that the more appropriate result would be to grant the stay and set a status conference at the conclusion of the stay to reset case deadlines and conference dates.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The case is stayed until **December 1, 2009**.  All case deadlines are **stayed** and will be extended, if appropriate, upon expiration of the stay.

    IT IS FURTHER **ORDERED** that the Settlement Conference set for November 9, 2009 at 1:30 p.m. is **vacated**.

    IT IS FURTHER **ORDERED** that a Status Conference to address the issues of Plaintiff's health and the potential resetting of case deadlines and a settlement conference is set for **December 7, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated:  September 30, 2009