IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00987-CMA-KLM

PAMELA BRYDAHL,

    Plaintiff,

v.

SAFEWAY INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 37). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs. The Court

FURTHER ORDERS that the terms of the Agreement between the parties pursuant to which the Stipulation for Dismissal with Prejudice has been filed are to be kept strictly confidential by Plaintiff Pamela Brydahl. Any disclosure of such terms, except to her tax advisor or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

    DATED: September  29 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge